# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SAMUEL PETERSON

VERSUS

CHEX SYSTEMS, INC.

CIVIL ACTION

24-332-SDD-RLB

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 10, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (R. Doc. 4) is DENIED, without prejudice to refile if Plaintiff fails to properly service process within the time provided below.

**IT IS FURTHER ORDERED** that Plaintiff shall have an additional 30 days from the adoption of this Report and Recommendation to serve the summons and complaint on Defendant as required by Rule 4. Failure to properly serve the summons and complaint

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 9.

on Defendant within the timeframe provided above may result in the dismissal of the action without further notice.

Signed in Baton Rouge, Louisiana the __4th__ day of November, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**